## 2485. SIMMONS v. PEAGLER.

POWELL, J. The court did not err in refusing to allow the default to be opened, under the circumstances.　　　　*Judgment affirmed.*

DECIDED JANUARY 24, 1911.

Complaint; from city court of Statesboro—H. B. Strange, judge pro hac vice. January 14, 1910.

*Anderson & Speer,* for plaintiff in error.

*Homer C. Parker,* contra.